# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DESANTO PLUMBING, LLC | § | Case No. 19-07142 KSJ |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT E. THOMAS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                           Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,698.21       Claims Discharged
                                                  Without Payment: NA

Total Expenses of Administration: 1,828.35

---

3) Total gross receipts of $ 5,526.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,526.56 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,830.49 | 1,830.49 | 1,828.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 4,226.33 | 4,226.33 | 3,698.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 87,668.45 | 87,668.45 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 93,725.27 | $ 93,725.27 | $ 5,526.56 |

    4) This case was originally filed under chapter 7 on 10/30/2019. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/12/2021     By:/s/ROBERT E. THOMAS, TRUSTEE
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America Checking | 1129-000 | 3,646.56 |
| 1999 Ford E350 Econoline Super Duty Wagon | 1129-000 | 1,200.00 |
| 2004 Cheo Enclosed Trailer | 1129-000 | 250.00 |
| 1981 E-Z Pull 20 foot Equipment Trailer | 1129-000 | 60.00 |
| 2013 Hommade Vehicle Trailer | 1129-000 | 370.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,526.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT E. THOMAS, TRUSTEE | 2100-000 | NA | 1,302.66 | 1,302.66 | 1,302.66 |
| TRUSTEE EXPENSES:ROBERT E. THOMAS, TRUSTEE | 2200-000 | NA | 129.15 | 129.15 | 129.15 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 2.14 | 2.14 | 0.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 2.14 | 2.14 | 2.14 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):EMERSON NOBLE | 3410-000 | NA | 386.00 | 386.00 | 386.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):EMERSON NOBLE | 3420-000 | NA | 8.40 | 8.40 | 8.40 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,830.49 | $ 1,830.49 | $ 1,828.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009A | FLORIDA DEPARTMENT OF REVENUE | 5800-000 | NA | 126.13 | 126.13 | 110.37 |
| 000002A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 4,100.20 | 4,100.20 | 3,587.84 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 4,226.33 | $ 4,226.33 | $ 3,698.21 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | ADDITION FINANCIAL CREDIT UNION F/K | 7100-000 | NA | 10,569.73 | 10,569.73 | 0.00 |
| 000005 | ADDITION FINANCIAL CREDIT UNION F/K | 7100-000 | NA | 39,999.75 | 39,999.75 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 9,741.14 | 9,741.14 | 0.00 |
| 000006 | AMTRUST NORTH AMERICA, INC. ON BEHA | 7100-000 | NA | 815.53 | 815.53 | 0.00 |
| 000007 | AMTRUST NORTH AMERICA, INC. ON BEHA | 7100-000 | NA | 5,932.01 | 5,932.01 | 0.00 |
| 000001 | SUNBELT RENTALS | 7100-000 | NA | 13,345.65 | 13,345.65 | 0.00 |
| 000008 | HERC RENTALS | 7200-000 | NA | 6,739.64 | 6,739.64 | 0.00 |
| 00009B | FLORIDA DEPARTMENT OF REVENUE | 7400-000 | NA | 125.00 | 125.00 | 0.00 |
| 00002B | INTERNAL REVENUE SERVICE | 7400-000 | NA | 400.00 | 400.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 87,668.45 | $ 87,668.45 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 19-07142 KSJ Judge: KAREN S. JENNEMANN | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | DESANTO PLUMBING, LLC | Date Filed (f) or Converted (c): | 10/30/19 (f) |
| | | 341(a) Meeting Date: | 12/03/19 |
| For Period Ending: | 03/12/21 | Claims Bar Date: | 04/20/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America Checking | 3,646.56 | 3,646.56 | | 3,646.56 | FA |
| 2. Bank of America Savings | 45.22 | 0.00 | | 0.00 | FA |
| 3. Other Inventory Pipe Pipe Fittings | 250.00 | 0.00 | | 0.00 | FA |
| 4. 1988 Chevy Step Van P30 Inoperable | 75.00 | 0.00 | | 0.00 | FA |
| 5. 1999 Ford E350 Econoline Super Duty Wagon | 1,400.00 | 1,200.00 | | 1,200.00 | FA |
| 6. 2004 Cheo Enclosed Trailer | 250.00 | 250.00 | | 250.00 | FA |
| 7. 1981 E-Z Pull 20 foot Equipment Trailer | 60.00 | 60.00 | | 60.00 | FA |
| 8. 2013 Hommade Vehicle Trailer | 500.00 | 370.00 | | 370.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $6,226.78 | $5,526.56 | | $5,526.56 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE RECOVERED CLOSING BANK BALANCE IN THE AMOUNT OF $3,646.56

OWNER OF THE DEBTOR JAMES DESANTO PURCHASED A1999 FORD E350 VAN 2004 CHEO TRAILER, 1981 EZ PULL TRAILER AND A 2013 HOME MADE TRAILER FOR $1,880.00 IN A LUMP SUM PAYMENT. TRUSTEE ADDED AS LOSS PAYEE ON THE DEBTOR'S AUTO INSURANCE POLICY COPY ON FILE AT TRUSTEE'S OFFICE

CLAIMS REVIEWED

TRUSTEE FILED TAX RETURN FOR ESTATE AND REQUESTED PROMPT DETERMINATION IN JULY 2020

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 19-07142    KSJ    Judge: KAREN S. JENNEMANN | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Case Name: | DESANTO PLUMBING, LLC | Date Filed (f) or Converted (c): | 10/30/19 (f) |
| | | 341(a) Meeting Date: | 12/03/19 |
| | | Claims Bar Date: | 04/20/20 |

FINAL REPORT OF ESTATE SUBMITTED TO US TRUSTEE'S OFFICE OCTOBER 16, 2020

Initial Projected Date of Final Report (TFR): 07/30/20        Current Projected Date of Final Report (TFR): 12/31/20

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 22.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 19-07142 -KSJ | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | DESANTO PLUMBING, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0905 Checking Account |
| Taxpayer ID No: | *******6058 | | |
| For Period Ending: | 03/12/21 | Blanket Bond (per case limit): | $ 22,299,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/08/20 | 1 | DESANTO PLUMBING LLC | CHECKING ACOCUNT CLOSING BALANCE | 1129-000 | 3,646.56 | | 3,646.56 |
| 02/13/20 | * NOTE * | DESANTO PLUMBING LLC | BUYBACK PAYMENT<br>* NOTE *  Properties 5, 6, 7, 8 | 1129-000 | 1,880.00 | | 5,526.56 |
| 03/05/20 | | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 2.14 | 5,524.42 |
| 11/30/20 | 000401 | ROBERT E. THOMAS, TRUSTEE<br>P.O. BOX 5075<br>Winter Park, FL  32793-5075 | Chapter 7 Compensation/Fees | 2100-000 | | 1,302.66 | 4,221.76 |
| 11/30/20 | 000402 | ROBERT E. THOMAS, TRUSTEE<br>P.O. BOX 5075<br>Winter Park, FL  32793-5075 | Chapter 7 Expenses | 2200-000 | | 129.15 | 4,092.61 |
| 11/30/20 | 000403 | EMERSON C. NOBLE, CPA<br>2572 WEST STATE ROAD 426<br># 3016<br>OVIEDO, FL 32765 | Accountant Fees | 3410-000 | | 386.00 | 3,706.61 |
| 11/30/20 | 000404 | EMERSON C. NOBLE, CPA<br>2572 WEST STATE ROAD 426<br># 3016<br>OVIEDO, FL 32765 | Accountant Expenses | 3420-000 | | 8.40 | 3,698.21 |
| 11/30/20 | 000405 | Internal Revenue Service<br>Post Office Box 7317<br>Philadelphia PA 19101-7317 | Claim 000002A, Payment 87.50402%<br>CORPORATE TAX<br>EIN XX-XXX6058  INCOME TAX 12/31/18 AND 12/31/19   FICA 3/31/19  FUTA 12/31/19 | 5800-000 | | 3,587.84 | 110.37 |
| 11/30/20 | 000406 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 8045<br>Tallahassee FL 32314-8045 | Claim 000009A, Payment 87.50496%<br>(9-1) REEMPLOYMENT TAX | 5800-000 | | 110.37 | 0.00 |
| | | | Page Subtotals | | 5,526.56 | 5,526.56 | |

Ver: 22.03

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 19-07142 -KSJ | | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DESANTO PLUMBING, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0905  Checking Account |
| Taxpayer ID No: | *******6058 | | | |
| For Period Ending: | 03/12/21 | | Blanket Bond (per case limit): | $ 22,299,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | COLUMN TOTALS | | 5,526.56 | 5,526.56 | 0.00 |
|  |  | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
|  |  | Subtotal | | 5,526.56 | 5,526.56 | |
|  |  | Less:  Payments to Debtors | | | 0.00 | |
|  |  | Net | | 5,526.56 | 5,526.56 | |
|  |  | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  |  | TOTAL - ALL ACCOUNTS | | | | |
|  |  | Checking Account - *******0905 | | 5,526.56 | 5,526.56 | 0.00 |
|  |  | | | ---------------------- | ---------------------- | ---------------------- |
|  |  | | | 5,526.56 | 5,526.56 | 0.00 |
|  |  | | | ============ | ============ | ============ |
|  |  | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 22.03

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*